1  JAN P. WEIR, STATE BAR NO. 106652
   jweir@sycr.com
2  DOUGLAS Q. HAHN, STATE BAR NO. 257559
   dhahn@sycr.com
3  STRADLING YOCCA CARLSON & RAUTH
   660 Newport Center Drive, Suite 1600
4  Newport Beach, CA  92660-6422
   Telephone:  (949) 725-4000
5  Fax:  (949) 725-4100

**JS-6**

6  Attorneys for Plaintiff
   Coldwell Banker Residential Brokerage Company

7

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  COLDWELL BANKER RESIDENTIAL BROKERAGE COMPANY, | Case No. SACV09-853 JVS(ANX) |
| 12 | |
| Plaintiff, | |
| 13 | **ORDER DISMISSING ACTION** |
| 14  vs. | **WITHOUT PREJUDICE** |
| 15  STRADA PROPERTIES, INC., THE CREDIT RELIEF GROUP, INC. and LOUIS PAUL MEYER, | |
| 16 | |
| 17  Defendants. | |

18         Pursuant to the stipulation entered into by the parties on January 22, 2010,

19  this Court hereby dismisses this action without prejudice and with each party to

20  bear its own costs.

21

22  **IT IS SO ORDERED**.

23

24  DATED:  January 25, 2010        _____
                                     Hon. James V. Selna
25                                   United States District Judge

26

27

28

STRADLING
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-

[PROPOSED] ORDER

DOCSOC/1387826v1/016751-0017
DOCSOC/1387826v1/016751-0017